[No. 11456-9-II.   Division Two.   April 28, 1989.]

BRADLEY J. HIBBARD, *Appellant,* v. TACOMA SCHOOL
DISTRICT NO. 10, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-2-05944-7, J. Kelley Arnold, J., entered
September 25, 1987. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 11225-6-II.   Division Two.   April 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
KEVIN MCMAHON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-1-01940-7, D. Gary Steiner, J., entered
July 21, 1987. *Affirmed* by unpublished opinion per Petrich,
A.C.J., concurred in by Reed and Worswick, JJ.

[No. 21726-7-I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC TODD
ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-02993-1, James D. McCutcheon, Jr., J.,
entered December 18, 1987. *Dismissed* by unpublished per
curiam opinion.

[No. 21534-5-I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03332-1, Frank L. Sullivan, J., entered
December 4, 1987. *Dismissed* by unpublished per curiam
opinion.